KENNETH J. McKENNA, ESQ.
Nevada State Bar No. 1676
544 West First Street
Reno, Nevada 89503
(775)329-6373

Attorney for Plaintiff

JOHN ALBRECHT, ESQ.
Nevada State Bar No. 4504
General Counsel
Washoe County School District
PO Box 30425
Reno, NV 89520-3425
(775) 348-0300

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOAN BARNES, next friend and
mother of JANA ELHIFNY individually,      CASE NO. CV-N-04-0583-ECR-VPC

          Plaintiffs,

vs.                                       **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADING**

CINDA GIFFORD, CYNTHIA EDWARDS,
COLLEEN BRAUN, JERIT GOODFELLOW,
MIKE BRYANT, FRANK ALDRIDGE,
STACIE ROCKET, MARK WILLIAMS, individually,
and the WASHOE COUNTY SCHOOL DISTRICT,

          Defendants.
_____/

     COMES NOW, Plaintiff and Defendant, by and through their respective counsel, and hereby stipulate and agree to an extension of time up to and including June 22, 2006 within which to file Plaintiff's Response to Defendant's Motion to Dismiss for Judgment on the Pleadings in the above case.

This extension is necessitated by counsels' heavy work load and is not intended for the purposes of delay.

DATED this 15th day of May, 2006.

_____  
KENNETH J. McKENNA, ESQ.  
544 West First Street  
Reno, Nevada 89503

Attorney for Plaintiff

_____  
JOHN ALBRECHT, ESQ.  
PO Box 30425  
Reno, NV 89520

Attorney for Defendant

**ORDER:**

IT IS HEREBY ORDERED that plaintiff shall have up to and including June 22, 2006 within which to file her response to Defendant's Motion for Judgment on the Pleadings.

DATED this 19th day of May, 2006.

_____  
LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE