```
 1  Christopher D. Jaime, Esq. (#4640)
    Michael E. Malloy, Esq. (#617)
 2  C. Robert Cox, Esq. (#1780)
    Maupin, Cox & LeGoy
 3  4785 Caughlin Parkway
    Reno, NV 89519
 4  Telephone:   (775) 827-2000
    Facsimile:   (775) 827-2185
 5  E-Mail:      cjaime@mclrenolaw.com
                 mmalloy@mclrenolaw.com
 6               crcox@mclrenolaw.com
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAN BARNS, next friend and mother of JANA ELHIFNY, JANA ELHIFNY, individually, | Case No. 3:04-CV-00583-LRH-PAL |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND; ORDER** |
| v. | |
| CINDA GIFFORD, in her official and individual capacity; CYNTHIA EDWARDS, COLEEN BRAUN, JERIT GOODFELLOW, MIKE BRYANT, DEBRA BIERSDORFF, FRANK ALDRIDGE, STACIE ROCKETT, MARK WILLIAMS, in their individual capacities; and the WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | |
| Defendants. | |

The parties, by and through their respective undersigned counsel, hereby stipulate and agree, and the Court orders, as follows:

1. Due to a family emergency of the undersigned counsel necessitating an extension, Defendants above-named shall have to and including Friday, December 1, 2006, to file and serve a response to (i) PLAINTIFF JANA ELHIFNY'S NOTICE OF MOTION AND MOTION FOR

1

1 LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND
2 AUTHORITIES IN SUPPORT THEREOF, (ii) DECLARATION OF JANA ELHIFNY IN
3 SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, (iii)
4 DECLARATION OF JOAN BARNES IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST
5 AMENDED COMPLAINT, and (iv) DECLARATION OF KENNETH J. MCKENNA.

    2.    Plaintiff shall file and serve any reply to Defendant's above-referenced response by December 15, 2006.

MAUPIN, COX & LeGOY

Dated: 11/17/06

By _____
Christopher D. Jaime, Esq.
Michael E. Malloy, Esq.
C. Robert Cox, Esq.
4785 Caughlin Parkway
Reno, Nevada 89519

O'MELVENY & MYERS LLP

Dated: 11/17/06

By _____
Peter Obstler, Esq.
Nora M. Puckett, Esq.
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: November 21, 2006.