1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETER OBSTLER (*admitted pro hac vice*) – pobstler@omm.com
NORA M. PUCKETT (*admitted pro hac vice*) – npuckett@omm.com
DAVID S. ALMELING (*admitted pro hac vice*) – dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

ALLEN LICHTENSTEIN – alichtensteinlaw@aol.com
AMERICAN CIVIL LIBERTIES UNION
 OF NEVADA
3315 Russell Road, #222
Las Vegas, NV 89120
Telephone: (702) 433-2666
Facsimile: (702) 433-9591

Attorneys for Plaintiff
JANA ELHIFNY

C. ROBERT COX, NSB #1780
CHRISTOPHER D. JAIME, NSB #4640
MAUPIN, COX & LeGOY
P.O. Box 30,000
Reno, Nevada 89520
Telephone:   (775) 827-2000
Facsimile:   (775) 827-2185

Attorneys for all Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANA ELHIFNY,<br><br>                    Plaintiff,<br><br>         v.<br><br>CINDA GIFFORD, et. al.<br><br>                    Defendants. | Case No. 3:04-CV-00583-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

## I.    RECITALS

WHEREAS, on July 11, 2007, Plaintiff Jana Elhifny ("Plaintiff") filed a First Amended Complaint ("FAC") (Dkt. #136).

WHEREAS, on July 13, 2007, Plaintiff served Defendants' counsel with a Waiver of Service of Summons for Defendants Mike Mieras and Ann Drendel-Haas, both of whom were added as Defendants in this action after the original Complaint was filed (Dkt. #129), and requested that Defendants' counsel execute the same.

WHEREAS, Defendants' counsel has agreed to accept service on behalf of Defendants Mieras and Drendel-Haas.

WHEREAS, in the normal course, Defendants Mieras and Drendel-Haas would have sixty days following the date of the aforementioned Waiver, up to and including September 11, 2007, to respond to the FAC.

IT IS HEREBY STIPULATED THAT

(1) To facilitate the filing of one response to the FAC by all Defendants rather than separate responses by Defendants Mieras and Drendel-Haas and all other Defendants, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that all Defendants shall have up to and including Tuesday, September 11, 2007, to file and serve an Answer to the FAC.

///

///

///

///

///

///

///

///

///

///

1   (2)  All Defendants shall file and serve an Answer to the FAC by September 11, 2007.

2

3        IT IS SO STIPULATED.
         Dated:  July 25, 2007                    O'MELVENY & MYERS LLP
4

5

6                                                 By:  /s/ Nora M. Puckett
                                                      Nora M. Puckett
7                                                 Attorneys for Plaintiff JANA ELHIFNY

         Dated:  July 25, 2007                    MAUPIN, COX & LeGOY
8

9

10                                                By:  /s/ C. Robert Cox
                                                      C. Robert Cox
11                                                Attorneys for Defendants, CINDA
                                                  GIFFORD, et al.
12

13                                                IT IS SO ORDERED:

14

15

16

17                                                LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE
18

19                                                DATED:  August 2, 2007
     SF1:681620.1
20

21

22

23

24

25

26

27

28