PETER OBSTLER (*admitted pro hac vice*) – pobstler@omm.com
NORA M. PUCKETT (*admitted pro hac vice*) – npuckett@omm.com
DAVID S. ALMELING (*admitted pro hac vice*) – dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

ALLEN LICHTENSTEIN – alichtensteinlaw@aol.com
AMERICAN CIVIL LIBERTIES UNION
 OF NEVADA
3315 Russell Road, #222
Las Vegas, NV  89120
Telephone:  (702) 433-2666
Facsimile:  (702) 433-9591

Attorneys for Plaintiff
JANA ELHIFNY

C. ROBERT COX, NSB #1780
CHRISTOPHER D. JAIME, NSB #4640
MAUPIN, COX & LeGOY
P.O. Box 30,000
Reno, Nevada  89520
Telephone:   (775) 827-2000
Facsimile:   (775) 827-2185

Attorneys for all Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANA ELHIFNY,<br><br>                  Plaintiff,<br><br>         v.<br><br>CINDA GIFFORD, et. al.<br><br>                  Defendants. | Case No. 3:04-CV-00583-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

## I.     RECITALS

WHEREAS, on July 11, 2007, Plaintiff Jana Elhifny ("Plaintiff") filed a First Amended Complaint ("FAC") (Dkt. #136).

WHEREAS, on July 13, 2007, Plaintiff served Defendants' counsel with a Waiver of Service of Summons for Defendants Mike Mieras and Ann Drendel-Haas, both of whom were added as Defendants in this action after the original Complaint was filed (Dkt. #129), and requested that Defendants' counsel execute the same.

WHEREAS, Defendants' counsel has agreed to accept service on behalf of Defendants Mieras and Drendel-Haas.

WHEREAS, in the normal course, Defendants Mieras and Drendel-Haas would have sixty days following the date of the aforementioned Waiver, up to and including September 11, 2007, to respond to the FAC.

WHEREAS, to facilitate the filing of one response to the FAC, on August 3, 2007, the Court entered an Order (Dkt. #146) approving a stipulation (Dkt. #143) extending the time for Defendants to answer Plaintiff's FAC to September 11, 2007.

WHEREAS, the Defendants have requested additional time from the Plaintiff to answer the FAC in order to further consult with the individual Defendants and provide a more thorough answer to the FAC

///

///

///

///

///

///

///

///

///

///

1    IT IS HEREBY STIPULATED THAT

2        (1)    So as to facilitate a more thorough answer to the FAC, the Parties, by and

3    through their respective undersigned counsel, hereby stipulate and agree that Defendants

4    shall have to and including Friday, September 14, 2007, to file and serve a response to the

5    FAC.

6

7        IT IS SO STIPULATED.

8

9        Dated:  September 11, 2007          O'MELVENY & MYERS LLP

10

11                                           By:  /s/ Nora M. Puckett
                                                  Nora M. Puckett
12                                           Attorneys for Plaintiff JANA ELHIFNY

13       Dated:  September 11, 2007          MAUPIN, COX & LeGOY

14

15                                           By:  /s/ C. Robert Cox
                                                  C. Robert Cox
16                                           Attorneys for Defendants, CINDA
                                             GIFFORD, *et al.*

17

18       IT IS SO ORDERED:

19

20

21

22       LARRY R. HICKS
         UNITED STATES DISTRICT JUDGE
23

24       DATED:  September 14, 2007

25   SF1:686830.1

26

27

28