UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANA ELHIFNY, individually,<br><br>                    Plaintiff,<br><br>        v.<br><br>CINDA GIFFORD, et. al.<br><br>                    Defendants. | Case No. 3:04-CV-00583-LRH-PAL<br><br>ORDER<br>**EXPANDING NUMBER OF DEPOSITIONS** |

Case No. 3:04-CV-00583-LRH-PAL                    STIPULATION AND [PROPOSED] ORDER
                                                  EXPANDING NUMBER OF DEPOSITIONS

WHEREAS, under Fed. R. Civ. P. 30(a)(2)(A), Plaintiff and Defendants (collectively, the "Parties") each may take no more than ten depositions;

WHEREAS, both Parties wish to take additional depositions, but have agreed that each Party will take no more than 25 depositions; and

WHEREAS, while both Parties believe that 25 depositions will be sufficient, the Parties further agree that this Stipulation is not intended to foreclose a future stipulation further expanding the number of depositions.

IT IS HEREBY STIPULATED THAT:

(1) Plaintiff may take more than ten, but no more than 25, depositions.

(2) Defendants are may take more than ten, but no more than 25, depositions.

IT IS SO STIPULATED.

Dated: October 15, 2007         O'MELVENY & MYERS LLP

By: /s/ David S. Almeling
David S. Almeling
Attorneys for Plaintiff JANA ELHIFNY

Dated: October 15, 2007         MAUPIN, COX & LeGOY

By: /s/ Christopher D. Jaime
Christopher D. Jaime
Attorneys for Defendants, CINDA GIFFORD, et al.

IT IS SO ORDERED: [signature]

Honorable Larry R. Hicks
UNITED STATES DISTRICT JUDGE

DATED: October 16, 2007

SF1:691201.2

Case No. 3:04-CV-00583-LRH-PAL         2         STIPULATION AND [PROPOSED] ORDER EXPANDING NUMBER OF DEPOSITIONS