PETER OBSTLER (*admitted pro hac vice*) – pobstler@omm.com
NORA M. PUCKETT (*admitted pro hac vice*) – npuckett@omm.com
DAVID S. ALMELING (*admitted pro hac vice*) – dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

LEE BERKELEY ROWLAND – leerowland@earthlink.net
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
1280 Terminal Way, Ste. 46
Reno, Nevada 89502
Telephone:  (775) 786-1033
Facsimile:   (775) 786-0805

Attorneys for Plaintiff
JANA ELHIFNY

C. ROBERT COX, NSB #1780
MICHAEL E. MALLOY, NSB #617
CHRISTOPHER D. JAIME, NSB #4640
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
P.O. Box 30,000
Reno, Nevada 89520
Telephone:   (775) 827-2000
Facsimile:   (775) 827-2185

Attorneys for all Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANA ELHIFNY, individually,<br><br>                    Plaintiff,<br><br>        v.<br><br>CINDA GIFFORD, et. al.<br><br>                    Defendants. | Case No. 3:04-CV-00583-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY** |

1   WHEREAS, under the Court's Order dated July 11, 2007 (Dkt. # 137), "Discovery shall
2   be extended and shall be completed by May 30, 2008";

3   WHEREAS, under the Court's Order dated March 7, 2008 (Dkt. # 174), "Disclosures
4   concerning experts shall be made on April 2, 2008," and "Disclosures respecting rebuttal reports
5   shall be made within 30 days after the initial disclosure of experts";

6   WHEREAS, although the Parties have served and exchanged written discovery and have
7   taken numerous fact depositions, they anticipate they will need additional time to complete all
8   discovery based on the current deadlines; and

9   WHEREAS, the parties do not anticipate the stipulated extensions of time will otherwise
10  affect the case schedule, especially in light of the parties' interlocutory appeal, which is currently
11  pending before the United States Court of Appeals for the Ninth Circuit.

IT IS HEREBY STIPULATED THAT:

(1) Disclosures concerning experts shall be made on May 2, 2008.

(2) Disclosures respecting rebuttal experts shall be made within 30 days after the initial disclosure of experts.

(3) Last date to complete discovery shall be June 30, 2008.

IT IS SO STIPULATED.

Dated: March 31, 2008            O'MELVENY & MYERS LLP

By: */s/ David S. Almeling*
David S. Almeling
Attorneys for Plaintiff JANA ELHIFNY

Dated: March 31, 2008            MAUPIN, COX & LeGOY

By: */s/ Christopher D. Jaime*
Christopher D. Jaime
Attorneys for Defendants, CINDA GIFFORD, *et al*.

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2008

SF1:710534.1